AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

| | |
|---|---|
| Ronald Walker <br> *Plaintiff* <br> v. <br> Wexford Health Sources, Inc., et al., <br> *Defendant* | Case No.   19-CV-4055 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ronald Walker.

Date:   12/08/2021

/s/ Maria del Carmen Gonzalez
*Attorney's signature*

Maria del Carmen Gonzalez (IL 6335945)
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
*Address*

mgonzalez@jenner.com
*E-mail address*

(312) 840-7334
*Telephone number*

*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Ronald Walker ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-CV-4055 |
| Wexford Health Sources, Inc., et al., ) | |
| *Defendant* ) | |

## CERTIFICATE OF SERVICE

I certify that on  12/08/2021 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Megan E Murphy, Shawn M Peters, Joseph N Rupcich, Bridget L Schott, and Bradley James Taylor.,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

N/A.

/s/ Maria del Carmen Gonzalez
*Attorney's signature*

Maria del Carmen Gonzalez (IL 6335945)
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
*Address*

mgonzalez@jenner.com
*E-mail address*

(312) 840-7334
*Telephone number*

*Fax number*