E-FILED
Monday, 25 July, 2022  10:03:48 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VIDEO WRIT

| Case Name: Walker v. Wexford Health Sources Inc. et al | Case Number: 19-cv-4055 | Beginning Date: 9/13/2022　Type of Hearing: | Type of Trial: Jury Trial　Length of Trial: days |
|---|---|---|---|

TO: THE WARDEN OF Rushville Treatment & Detention Facility

WE COMMAND that you make the following inmate available to appear in the above proceeding before the HONORABLE SUE E. MYERSCOUGH, UNITED STATES DISTRICT JUDGE, sitting at Springfield, Illinois. **PLEASE BRING THE INMATE TO THE VIDEO CONFERENCE ROOM AT LEAST 10 MINUTES PRIOR TO THE START OF THE HEARING.**

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | TIME OF HEARING |
|---|---|---|---|---|
| **Richard Smego** | n/a | **Rushville T&DF** | **Tuesday, 9/13/2022** | **10:00 am** |
| **Sue E. Myerscough, U.S. District Judge** | n/a | Courtroom 1, Springfield, IL | **Tuesday, 9/13/2022** | **10:00 am** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: 7/25/2022**

SHIG YASUNAGA, CLERK
UNITED STATES DISTRICT COURT

Format and wording approved by IDOC Legal Counsel 2/11/98